UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND B ULICKI, | ) | |
| | ) | CASE NO. C05-4060MWB |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JOANNE B BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Because the ALJ failed to fully develop the record, the court **reverses** the ALJ's decision and **remands** this case to the Commissioner for further development of the record consistent with the Memorandum Opinion and Order filed on August 16, 2006. On remand, (1) the ALJ must give appropriate weight to the opinions of Plaintiff's physicians, and other health providers; and (2) the ALJ must utilize the services of a vocational expert in determining the non-exertional limitations upon Plaintiff's employment. The Commissioner shall, thereafter, issue a new decision consistent with the opinion of this court.

DATED:    August 16, 2006

Pridgen J Watkins - Clerk

BY: s/KFS
Deputy Clerk