IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ULICKI, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-4060-MWB |
| | ) | |
| vs. | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Attorney fees are hereby awarded to the plaintiff in the amount of four thousand seven hundred twenty-seven dollars and eight cents ($4,727.08), pursuant to 28 U.S.C. § 2412 and two hundred fifty dollars and no cents ($250.00) paid from the judgment fund administered by the Department of Treasury pursuant to 31 U.S.C. § 1304.

Dated: November 20, 2006         PRIDGEN J. WATKINS
                                 Clerk

                                 /s/  des
                                 _____
                                 (By) Deputy Clerk